```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FELIX RAMIREZ,                                                 :
                                                               :
                              Plaintiff,                       :
                                                               :           1:21-cv-05582-GHW
              -v -                                             :
                                                               :                 ORDER
BYRAN TRANSPORT LLC and WILLIAMS                               :
JACKSON,                                                       :
                                                               :
                              Defendants.                      :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2022

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on April 27, 2022, the parties are directed to file any motions to preclude expert testimony no later than May 13, 2022.

A jury trial in this matter will begin on **Monday, November 14 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Friday, October 14, 2022 at 1:00 p.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit the following materials no later than August 30, 2022: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the

applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

SO ORDERED.

Dated: April 27, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge